**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Hubert J Simon | ) | Chapter 13 |
| Marie B Simon | ) | Case No. 15 B 22834 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Hubert J Simon
Marie B Simon
446 156th St
Calumet City, IL 60409

Debtor Attorney: Ross H Briggs
via Clerk's ECF noticing procedures

On January 17, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, January 10, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 01, 2015, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on August 24, 2015, for a term of 60 months with payments of $573.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 42 | $19,447.00 | $17,901.00 | $1,546.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/10/2019
Due Each Month: $573.00
Next Pymt Due: 01/31/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 07/31/2017 | 253562 | $497.00 | 08/28/2017 | 255826 | $497.00 |
| 10/02/2017 | 258782 | $497.00 | 10/31/2017 | 261321 | $497.00 |
| 11/27/2017 | 263760 | $497.00 | 01/10/2018 | 266535 | $497.00 |
| 02/22/2018 | 269280 | $497.00 | 05/29/2018 | 8394074009 | $745.00 |
| 07/23/2018 | 282339 | $500.00 | 08/02/2018 | 4332318 | $500.00 |
| 08/30/2018 | 4336497 | $500.00 | 09/10/2018 | 4338310 | $746.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE