UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Timothy A. Barnes | Hearing Date | 01/17/2019 |
| Bankruptcy Case No. | 15-22834 | Adversary No. | |
| Title of Case | Hubert J Simon and Marie B Simon | | |

**Brief Statement of Motion:** Order Dismissing Marie B Simon and Converting Hubert J Simon to a Chapter 7

**Names and Addresses of moving counsel:**
Ross Briggs, Firm 13
Hyde Park Bank Building, 1525 East 53rd Street Suite 423
Chicago, IL 60615

**Representing:** Debtor

## ORDER

It is hereby ordered:

1) Marie B Simon's Chapter 13 case is hereby dismissed.

2) Hubert J Simon's Case is Converted from Chapter 13 to Chapter 7.

*[signature]*

6/11/99